# DISTRICT COURT OF THE VIRGIN ISLANDS

## DIVISION OF ST. CROIX

| | |
|---|---|
| DR. PAUL ABNEY, | |
| Plaintiff, | 1:08-cv-116 |
| v. | |
| UNIVERSITY OF THE VIRGIN ISLANDS, | |
| Defendant. | |

TO: Lee J. Rohn, Esq.
     Marie E. Thomas-Griffith, Esq.

## ORDER

THIS MATTER is before the Court upon Plaintiff's Motion to Compel Defendant to Respond to Discovery (Docket No. 29). The time for filing a response to said motion has expired.

Plaintiff claims that Defendant never responded to written discovery propounded on October 6, 2009. Motion at 1. A review of the record reveals that Defendant has filed notices of service of answers to Plaintiff's first set of interrogatories and responses to Plaintiff's demand for production of documents (Docket Nos. 30 and 31, respectively). Consequently, the Court finds the motion moot.

Accordingly, it is now hereby **ORDERED** that Plaintiff's Motion to Compel Defendant to Respond to Discovery (Docket No. 29) is **DENIED AS MOOT**.

ENTER:

Dated: February 11, 2010 /s/ George W. Cannon, Jr.
GEORGE W. CANNON, JR.
U.S. MAGISTRATE JUDGE